```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| **JEANNIE LANGLEY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 11-00599-B |
| | * |
| **CAROLYN W. COLVIN,** | * |
| Commissioner of Social Security, | * |
| | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for supplemental security income, be **AFFIRMED.**

**DONE** this **25**[th] day of **March, 2013.**

```
                        /s/ SONJA F. BIVINS
                  UNITED STATES MAGISTRATE JUDGE
```